UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE HUPPE, individually
and on behalf of others similarly situated,

        Plaintiffs,

v.                               Case No. : 8:16-cv-03381-VMC-JSS

ACE WENTWORTH, INC. d/b/a
WENTWORTH GOLF CLUB and
WILLIAM PLACE, individually,

        Defendants.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A) (ii)**

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against defendant(s) ACE WENTWORTH, INC. d/b/a WENTWORTH GOLF CLUB and WILLIAM PLACE pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) (ii).

    DATED this 4th day of April, 2017.

| | |
|---|---|
| /s/ *Marc R. Edelman* | /s/*Gregory A. Hearing* |
| **Marc R. Edelman, Esq**. | Gregory H. Hearing, Esq. |
| Florida Bar No. 0096342 | Florida Bar No.: 817790 |
| E-mail: medelman@forthepeople.com | Email: ghearing@tsghlaw.com |
| **Morgan & Morgan, P.A.** | Benjamin W. Bard, Esq. |
| 201 N. Franklin Street, Suite 700 | Florida Bar No.:95514 |
| Tampa, FL 33602 | bbard@tsghlaw.com |
| Telephone: (813) 223-5505 | **Thompson Sizemore Gonzalez & Hearing** |
| Facsimile: (813)257-0572 | 201 N. Franklin Street, Suite 1600 |
| Attorney for Plaintiff | Tampa, Florida 33602 |
| | Phone: (813) 273-0050 |
| | Facsimile: (813) 273-0072 |
| | Attorney for Defendants |